Name Emily E. Carrillo
Street Address 170 Cafaro Circle
City and County Sacramento, Sacramento
State and Zip Code California, 95834
Telephone Number 916-990-3103

**FILED**

FEB 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Emily E. Carrillo

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Donald Trump
JD Vance
Elon Musk

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-CV-0458 TLN AC (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Emily & Cynthia Carrillo |
| Street Address | 170 Cafaro Circle |
| City and County | Sacramento & Sacramento |
| State and Zip Code | California & 95834 |
| Telephone Number | 916·990·3103 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald Trump |
| Job or Title (if known) | President of the United States |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | Washington |
| State and Zip Code | District of Columbia  20500 |
| Telephone Number | 202·456·1111 |

Defendant No. 2

| | |
|---|---|
| Name | JD Vance |
| Job or Title (if known) | Vice-President of the United States |
| Street Address | 1600 Pennsylvania Ave NW |
| City and County | Washington |
| State and Zip Code | District of Columbia  20500 |
| Telephone Number | 202·456·1111 |

2

Defendant No. 3

Name: Elon Musk
Job or Title (if known):
Street Address: 1600 Pennsylvania Ave NW
City and County: Washington
State and Zip Code: District of Columbia 20500
Telephone Number: 202·456·1111

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Insurrection, 14th Amendment, 1st Amendment_
_5th Amendment, 16th Amendment, 19th Amendment_

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Donald Trump, JD Vance and Elon Musk have engaged in insurrection, and protected the insurrectionists. In addition, Elon Musk acting as a private unelected official has goined access to our federal treasury & Social Security. These men have attacked my rights to life, liberty & property.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In accordance with my right to life, liberty & property the defendants have engaged in insurrection. a take-over of the federal government. The Plaintiffs should be removed from office and barred from participating in any area of government thereafter.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02·05 , 2025

Signature of Plaintiff
Printed Name of Plaintiff   Emily Carrillo

## United States District Court Eastern District of California

Emily Elizabeth Carrillo, 170 Cafaro Circle, Sacramento, CA 95834

VS.

Donald Trump, JD Vance, and Elon Musk

## GRIEVANCE

In accordance with my First Amendment right to petition this government for a redress of my grievance.

I state the following: On January 6th, 2021, Donald Trump engaged in insurrection.

Since January 6th, 2021, Donald Trump, JD Vance, and Elon Musk have given aid and comfort to the insurrectionists. Most recently, Donald Trump has pardoned those who pled guilty or were found guilty of insurrection.

Now, Donald Trump and JD Vance are allowing an unelected official, Elon Musk, to take over sensitive areas of our government. He has accessed the Treasury Department and installed several unelected people who have not passed any top-level security clearance background checks. Elon Musk is not a legal or natural-born citizen of the United States of America. Therefore, he has no right to access the private information of the American People. Elon Musk has attacked our rights to life, liberty, and property, by which I refer to our access to Social Security as a means of retirement

The Fourteenth Amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald Trump, JD Vance, and Elon Musk be declared illegitimate holders of their office and removed therefrom. I would like the court to waive the filing cost of this grievance, as it applies to my First Amendment rights.

*[signature]*   DATE: 02·05·2025

## United States District Court Eastern District of California

Cynthia Angam Carrillo 769 Spaulding Dr. Roseville, CA 95678

VS.

Donald Trump and JD Vance

### GRIEVANCE

In accordance with my First Amendment right to petition this government for a redress of my grievance.

I state the following: On January 6th, 2021, Donald Trump engaged in insurrection.

Since January 6th, 2021, Donald Trump and JD Vance have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who pled guilty or were found guilty of insurrection.

The Fourteenth Amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald Trump and JD Vance be declared illegitimate holders of their office and removed therefrom. I would also like a refund of the filing cost of this grievance.

_[signature]_     DATE 2/1/2025