UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY E. CARILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD TRUMP, JD VANCE, and ELON MUSK,<br><br>　　　　　Defendants. | No.  2:25-cv-00458-TLN-AC<br><br>**ORDER** |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On April 2, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 3.)  Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed April 2, 2025, are ADOPTED IN FULL; and

　　　　2. The complaint (ECF. No. 3) is DISMISSED;

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: May 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE